COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (sneal@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENSIGNOR, d/b/a MIKE'S COMPUTER SERVICES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION; ATI TECHNOLOGIES, INC.; and ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | Case No. C-07-0394 WHA<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Michael Bensignor d/b/a Mike's Computer Services ("Plaintiff") and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively "AMD") hereby jointly request the Court to continue the initial case management conference and related deadlines in this action as follows.

1. On January 19, 2007, Plaintiff filed the complaint in this action ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the Complaint as a putative class action.

2. As of the date of this Stipulation, at least 42 other complaints have been filed in this and other judicial districts. All of these complaints also allege federal and/or state law antitrust claims against Nvidia and AMD and are styled as putative class actions.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1032354 v1/SF

1.

STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-07-0394 WHA

3. On December 8, 2006, the plaintiffs in some of the other actions pending in this district filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") to transfer and consolidate in this judicial district all existing and subsequently filed antitrust actions related to the claims alleged in the Complaint ("JPML Motion"). The JPML Motion is currently pending in *In re Graphics Processing Units Antitrust Litigation,* MDL Docket No. 1826.

4. On January 16, 2007, AMD and Nvidia filed a response with the JPML supporting consolidation and transfer of these actions to the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML Motion has supported consolidation and transfer. No party has opposed consolidation and transfer.

5. Oral argument on the JPML Motion is scheduled for March 29, 2007 in San Antonio, Texas. The parties agree that, at some point subsequent to that hearing, the JPML is likely to order transfer and consolidation of these actions.

6. In light of these facts, Plaintiff and Defendants stipulated on January 30, 2007 to extend the time for Defendants to respond to the Complaint to 30 days after (1) the order resolving the JPML motion and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

7. Given the March 29, 2007 hearing date before the JPML, at least one of the dates set forth in the Case Management Scheduling Order entered on January 19, 2007, including the deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will likely come to pass before the JPML acts on the pending motion.

8. Continuing the dates set forth in the January 19, 2007 Case Management Scheduling Order would avoid the expenditure of unnecessary judicial resources until it is determined whether this action will remain pending in this Court. It would also ensure consistency in pretrial rulings and be convenient for the parties, including Plaintiff.

9. Accordingly, the parties hereby stipulate to and respectfully request that the Court order a continuance of the dates set forth in the January 19, 2007 Case Management Scheduling

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1032354 v1/SF

2.

STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-07-0394 WHA

1  Order.  The affected dates include the deadline to meet and confer and file joint ADR documents
2  (currently April 5, 2007); the deadline to complete Initial Disclosures, the Joint Case
3  Management Statement, and the Rule 26(f) Report (currently April 12, 2007); and the Initial Case
4  Management Conference (currently April 26, 2007).

5    10.    The parties request that the Court continue the above referenced schedule as
6  follows: (1) the deadline to meet and confer and file joint ADR documents – May 3, 2007; (2) the
7  deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule
8  26(f) Report – May 17, 2007; and (3) the Initial Case Management Conference – May 24, 2007.
9  Such a continuance will allow this matter to move forward promptly in the event that the JPML
10 Motion is denied and further proceedings before this Court are necessary.

11    11.    Except as described in Paragraph 6, the parties have sought no previous
12 modification of the timing of any event or deadline set by the Court.

13    12.    The parties agree to notify the Court promptly when the Panel rules on the JPML
14 Motion.

Respectfully submitted,

Dated:  March 21, 2007

COOLEY GODWARD KRONISH LLP

By:      /s/ James Donato
              James Donato (146140)

Attorneys for Defendant
NVIDIA CORPORATION

| Dated: March 21, 2007 | Dated: March 22, 2007 |
|---|---|
| LATHAM & WATKINS LLP | FURTH LEHMANN & GRANT LLP |
| By:    /s/ Charles H. Samel<br>          Charles H. Samel (182019) | By:    /s/ Jon T. King<br>          Jon T. King (205073) |
| Attorneys for Defendants<br>ATI TECHNOLOGIES ULC and<br>ADVANCED MICRO DEVICES, INC. | Attorneys for Plaintiff<br>Michael Bensignor |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1032354 v1/SF          3.          STIP TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES
C-07-0394 WHA

1 FILER'S ATTESTATION:

2   Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of
3 perjury that the concurrence in the filing of this document has been obtained from its signatories.
4 Dated: March 21, 2007

                                        By:    /s/ James Donato
5                                                 James Donato

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1032354 v1/SF                          4.            STIP TO CONTINUE INITIAL CASE MANAGEMENT
                                                     CONFERENCE AND ADR DEADLINES
                                                     C-07-0394 WHA

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, all dates set forth in the January 19, 2007 Case Management Scheduling Order are hereby continued as follows: (1) the deadline to meet and confer and file joint ADR documents will be May 3, 2007; (2) the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report will be May 17, 2007; and (3) the Initial Case Management Conference will be May 24, 2007.  The parties are ordered to notify the Court promptly when the Judicial Panel on Multidistrict Litigation rules upon the motion for consolidation pending in MDL Docket No. 1826, *In re Graphics Processing Units Antitrust Litigation*.

Pursuant to stipulation, it is so ordered.

Dated: March 23, 2007



_____
The Honorable William H. Alsup

1032354 v1/SF

5.

STIP TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
C-07-0394 WHA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO